United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jay A. Hafner
Velda M. Hafner
    Debtors

Case No. 17-11451-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jun 15, 2017
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db/jdb    +Jay A. Hafner,   Velda M. Hafner,   416 Colonial Crest Drive,   Lancaster, PA 17601-6132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
    ALAINE V. GRBACH   on behalf of Debtor Jay A. Hafner avgrbach@aol.com
    ALAINE V. GRBACH   on behalf of Joint Debtor Velda M. Hafner avgrbach@aol.com
    BRIAN CRAIG NICHOLAS   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
    CHRISTINE C. SHUBERT   christine.shubert@comcast.net,   J100@ecfcbis.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jay A. Hafner<br>Velda M. Hafner<br>　　　　　　Debtors | | CHAPTER 7 |
| NATIONSTAR MORTGAGE LLC<br>　　　　　　Movant<br>vs. | | NO. 17-11451-mdc |
| Jay A. Hafner<br>Velda M. Hafner<br>　　　　　　Debtors | | 11 U.S.C. Section 362 |
| Christine C. Shubert, Esq.<br>　　　　　　Trustee | | |

## ORDER

AND NOW, this 14th day of June, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 212 Elizabeth Drive, Lancaster, PA 17601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.