United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 17-11451-mdc
Jay A. Hafner                                                    Chapter 7
Velda M. Hafner
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore           Page 1 of 1           Date Rcvd: Jul 07, 2017
                              Form ID: 195              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
```
db/jdb         +Jay A. Hafner,    Velda M. Hafner,    416 Colonial Crest Drive,    Lancaster, PA 17601-6132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2017 02:51:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Debtor Jay A. Hafner avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Velda M. Hafner avgrbach@aol.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,    J100@ecfcbis.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Jay A. Hafner and Velda M. Hafner                  : Case No. 17−11451−mdc

    Debtor(s)

### ORDER
_____

AND NOW, this day, July 7, 2017, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge, United States Bankruptcy Court

29
Form 195